Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 208 | DATE | 12/15/2003 |
| CASE TITLE | Black, et al vs. McGuffage, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Order Approving Settlement Agreements. Fairness Hearing Held. Oral motion to dismiss Nancy Boots, Clerk of Will County is granted and Nancy Boots is hereby dismissed with prejudice. This action is dismissed without prejudice with leave to reinstate as provided in the parties' Settlement Agreements, and the court shall retain jurisdiction over the parties and this action until January 21, 2007, solely for the purposes of interpreting and enforcing the Settlement Agreements.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | |
| | Notified counsel by telephone. | DEC 1 6 2003 date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| | | date mailed notice |
| TH | courtroom deputy's initials | 03 DEC 15 AM 5:00 Date/time received in central Clerk's Office   mailing deputy initials |

Document Number: 167

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
DEC 1 6 2003

| | |
|---|---|
| TIMUEL BLACK, *et al.*, | |
| Plaintiffs, | No. 01 C 208 |
| v. | The Honorable Amy St. Eve |
| WILLIAM M. McGUFFAGE, *et al.*, | Magistrate Judge Nan R. Nolan |
| Defendants. | |
| MIGUEL del VALLE, *et al.*, | |
| Plaintiffs | |
| v. | (consolidated with) No. 01 C 796 |
| WILLIAM M. McGUFFAGE, *et al.*, | |
| Defendants. | |

## ORDER APPROVING SETTLEMENT AGREEMENTS

This cause coming to be heard pursuant to the Joint Motion for Approval of Settlement Agreements presented by the parties hereto, due notice having been given, and the Court having reviewed the Joint Motion and the Settlement Agreements and all other appropriate materials, having heard all objections, if any, to the settlement, having conducted such hearing as is appropriate under Rule 23(e) of the Federal Rules of Civil Procedure, and being otherwise advised in the premises,



THE COURT FINDS:

The resolution of this lawsuit as represented in the Settlement Agreements is fair, reasonable and adequate.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

This action is dismissed without prejudice with leave to reinstate as provided in the parties' Settlement Agreements, and the court shall retain jurisdiction over the parties and this action until January 21, 2007, solely for the purposes of interpreting and enforcing the Settlement Agreements.

DATED: 15 date of December, 2003

_____
United States District Court Judge